STATE OF NEW JERSEY v. MELINDA SIMMONS.

July 9, 1987.

Petition for certification granted, the judgment of the Appellate Division is summarily reversed, and the matter is summarily remanded to that court for reconsideration in light of *State v. Sanders*, 107 *N.J.* 609 (1987).

STATE OF NEW JERSEY v. LOUIS GREY.

July 9, 1987.

Petition for certification denied.